JAYNE BLOWITZ, Plaintiff-Appellee, *v.* MILROY R. BLOWITZ, Defendant-Appellant.

(No. 55553;

First District—September 28, 1972.

*Rehearing denied October 26, 1972.*

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Nathan M. Gomberg and Henry N. Novoselsky, both of Chicago, for appellant.

Harold Marovitz, of Chicago, for appellee.